PS 8
(3/15)

# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Dec 12, 2022**

SEAN F. McAVOY, CLERK

| U.S.A. vs. | Henegar, Christopher Martin | Docket No. | 0980 2:22CR00043-MKD-1 |

### Petition for Action on Conditions of Pretrial Release

COMES NOW  Erik Carlson, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Christopher Martin Henegar, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge James A. Goeke, sitting in the Court at Spokane, Washington, on the 12th day of July, and on the 1st day of September 2022, under the following conditions:

**Standard Condition #10:** Defendant shall refrain from the use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner in conformance with Federal law.  Defendant may not use or posses marijuana, regardless of whether Defendant has been authorized medical marijuana under state law.  (Condition imposed on July 12, 2022; ECF No. 29)

**Additional Condition #19:** Defendant shall reside at Lincoln House and may not change residence without prior approval from United States Probation/Pretrial Services.  (Condition imposed on September 1, 2022; ECF No. 38)

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

On July 13, 2022, the undersigned officer reviewed the conditions of pretrial release supervision with Mr. Henegar.  Mr. Henegar acknowledged an understanding of the release conditions at that time.

**Violation #1:** Christopher Martin Henegar is alleged to have violated the conditions of pretrial release supervision by testing positive for the presence of methamphetamine on November 11, 23, and 28, 2022.

On December 5, 2022, Mr. Henegar's substance abuse counselor at Riverside Recovery Center advised Mr. Henegar tested positive for the presence of methamphetamine on November 11, 23, and 28, 2022.  Subsequently, the substance abuse counselor provided laboratory results confirming Mr. Henegar tested positive for the presence of methamphetamine on those dates.

**Violation #2:** Christopher Martin Henegar is alleged to have violated the conditions of pretrial release supervision by admitting to ingesting methamphetamine on December 5, 2022.

On December 7, 2022, Mr. Henegar reported to the U.S. Probation Office and met with the undersigned officer.  During that meeting, Mr. Henegar admitted he ingested methamphetamine on December 5, 2022.  Subsequently, Mr. Henegar signed a substance abuse admission form acknowledging his use of methamphetamine on December 5, 2022.

**Violation #3:** Christopher Martin Henegar is alleged to have violated the conditions of pretrial release supervision by being terminated from the Lincoln House on December 5, 2022.

On December 5, 2022, the manager of the Lincoln House contacted the undersigned officer and advised Mr. Henegar was being evicted from the Lincoln House due to his failure to pay rent.

Mr. Henegar is currently residing with family members in Spokane Valley, Washington.

**Re: Henegar, Christopher Martin**
**December 8, 2022**
**Page 2**

PRAYING THAT THE COURT WILL ORDER A SUMMONS

|  | | |
|---|---|---|
|  | | I declare under the penalty of perjury that the foregoing is true and correct. |
|  | | Executed on:    December 8, 2022 |
|  | by | s/Erik Carlson |
|  | | Erik Carlson<br>U.S. Pretrial Services Officer |

THE COURT ORDERS

[  ]    No Action
[ X ]    The Issuance of a Warrant
[  ]    The Issuance of a Summons
[  ]    The incorporation of the violation(s) contained in this
    petition with the other violations pending before the
    Court.
[  ]    Defendant to appear before the Judge assigned to the case.
[  ]    Defendant to appear before the Magistrate Judge.
[  ]    Other

Signature of Judicial Officer

12/12/22

Date